DUNN v. HERRING

No. 524P85.

Case below: 75 N.C. App. 308.

Petition by defendants for writ of certiorari to the North Carolina Court of Appeals denied 19 September 1985.

E. L. MORRISON LUMBER CO., INC. v.
VANCE WIDENHOUSE CONSTRUCTION, INC.

No. 402P85.

Case below: 75 N.C. App. 190.

Petition by Savings and Loan Association for discretionary review under G.S. 7A-31 denied 19 September 1985.

ESTRADA v. BURNHAM

No. 338PA85.

Case below: 74 N.C. App. 557.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 19 September 1985.

GASPERSOHN v. HARNETT CO. BD. OF EDUCATION

No. 378P85.

Case below: 75 N.C. App. 23.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 19 September 1985.

HARGETT v. GOUCH

No. 385P85.

Case below: 75 N.C. App. 363.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 19 September 1985.